UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-00420-FL

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex. rel.* MORIN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JAAAT TECHNICAL SERVICES, LLC, DELPHINI CONSTRUCTION COMPANY, and SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | ENTRY OF DEFAULT AS TO DELPHINI CONSTRUCTION COMPANY |

**THIS MATTER CAME ON BEFORE THE** undersigned Clerk of District Court for Entry of Default against the Defendant, DELPHINI CONSTRUCTION COMPANY, and the undersigned having found the Plaintiff, MORIN CORPORATION, to be in compliance with all relevant statutory requirements imposed by Rule 55 of the Federal Rules of Civil Procedure and other relevant provisions of the Federal Rules of Civil Procedure, and it appearing to the Court that this action was brought by the Plaintiff by Complaint filed on the 24th day of July, 2014 and that the Defendant, DELPHINI CONSTRUCTION COMPANY was served with process pursuant to the Federal Rules of Civil Procedure on the 22nd day of August, 2014.

Defendant, DELPHINI CONSTRUCTION COMPANY has failed to plead or otherwise answer and is subject to entry of default as provided by the Federal Rules of Civil Procedure, as is shown by the Affidavits included in the Court's file and attached to Plaintiff's Request for Entry of Default.

NOW, THEREFORE, DEFAULT IS HEREBY ENTERED against the Defendant, DELPHINI CONSTRUCTION COMPANY.

This the 9th day of January, 2015.

_____
Clerk of District Court
Eastern District of North Carolina, Western Division