UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-00420-FL

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex. rel.* MORIN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JAAAT TECHNICAL SERVICES, LLC, DELPHINI CONSTRUCTION COMPANY, and SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | DEFAULT JUDGMENT |

**THIS MATTER** came before the undersigned Clerk of United States District Court on the Motion of Plaintiff, MORIN CORPORATION, for Default Judgment against the Defendant, JAAAT TECHNICAL SERVICES, LLC. It appears to the Court upon affidavit that this is an action on a claim for money owed; that service of process was had on the Defendant, JAAAT Technical Services, LLC; that the Court has jurisdiction over the subject matter of the action; that Defendant is not under disability and has failed to plead in the time allowed by law; that default has been entered, and that Defendant, JAAAT Technical Services, LLC, owes Plaintiff, Morin Corporation, the sum of Forty-Eight Thousand Four Hundred Eighty-One Dollars and Ninety-Two Cents ($48,481.92), plus interest in the maximum amount permitted by law.

**NOW, THEREFORE, DEFAULT JUDGMENT IS HEREBY ORDERED, ADJUDGED AND DECREED** against the Defendant, JAAAT Technical Services, LLC, in the sum of Forty-Eight Thousand Four Hundred Eighty-One Dollars and Ninety-Two Cents ($48,481.92), plus interest in the maximum amount permitted by law.

This the 19th day of February, 2015.

*Julie Richards Johnston*
Clerk of District Court
Eastern District of North Carolina, Western Division