UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-00420-FL

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex. rel.* MORIN CORPORATION, Plaintiff, v. JAAAT TECHNICAL SERVICES, LLC, DELPHINI CONSTRUCTION COMPANY, and SAFECO INSURANCE COMPANY OF AMERICA, Defendants. | DEFAULT JUDGMENT |

**THIS MATTER** came before the undersigned Clerk of United States District Court on the Motion of Plaintiff, MORIN CORPORATION, for Default Judgment against the Defendant, DELPHINI CONSTRUCTION COMPANY. It appears to the Court upon affidavit that this is an action on a claim for money owed; that service of process was had on the Defendant, Delphini Construction Company; that the Court has jurisdiction over the subject matter of the action; that Defendant is not under disability and has failed to plead in the time allowed by law; that default has been entered, and that Defendant, Delphini Construction Company, owes Plaintiff, Morin Corporation, the sum of Forty-Eight Thousand Four Hundred Eighty-One Dollars and Ninety-Two Cents ($48,481.92) as principal, plus interest at the contractual rate of one and one half percent (1.50%) per month/eighteen percent (18.00%) per year, calculated up to June 30, 2014 in the amount of One Thousand Six Hundred Twenty-Four Dollars and Fourteen Cents ($1,624.14), plus accruing interest on the principal amount at the contractual rate of one and one half percent (1.50%) per month/eighteen percent (18.00%) per year, from June 30, 2014 until Judgment, and

then at the legal rate after entry of judgment until the judgment is satisfied, together with the costs of the action.

NOW, THEREFORE, DEFAULT JUDGMENT IS HEREBY ORDERED, ADJUDGED AND DECREED against the Defendant, Delphini Construction Company, in the sum of Forty-Eight Thousand Four Hundred Eighty-One Dollars and Ninety-Two Cents ($48,481.92) as principal, plus interest at the contractual rate of one and one half percent (1.50%) per month/eighteen percent (18.00%) per year, calculated up to June 30, 2014 in the amount of One Thousand Six Hundred Twenty-Four Dollars and Fourteen Cents ($1,624.14), plus accruing interest on the principal amount at the contractual rate of one and one half percent (1.50%) per month/eighteen percent (18.00%) per year, from June 30, 2014 until Judgment, and then at the legal rate after entry of judgment until the judgment is satisfied, together with the costs of the action.

This the 19th day of February, 2015.

Clerk of District Court
Eastern District of North Carolina, Western Division